UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER VARGAS, JR., | No. 2:21-cv-1839 TLN AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JOSIE GONZALES, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a). ECF No. 16. Plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: September 7, 2022.

<i>/s/ Allison Claire</i><br>
ALLISON CLAIRE<br>
UNITED STATES MAGISTRATE JUDGE

1