UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER VARGAS, JR., | No. 2:21-cv-01839-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| JOSIE GONZALES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed additional objections to the June 17, 2022 order denying his motions to proceed in forma pauperis. (ECF No. 14.) The objections are construed as a second motion for reconsideration.

Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not shown at the time of the prior motion." L.R. 230(j)(3)–(4). Plaintiff's motion for reconsideration does not present any new or different facts or circumstances.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Second Motion for Reconsideration (ECF No. 14) is DENIED.

**DATED: September 13, 2022**

Troy L. Nunley
United States District Judge